No. 75–6982. DUFFIELD v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 75–6983. STOKES v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 75–6984. KRANCBERG v. REVLON CORP. C. A. 3d Cir. Certiorari denied.

No. 75–6988. KAUP v. GUNN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 75–6989. WILSON v. NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied.

No. 75–6991. GRIFFIN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 75–6993. SALISBURY v. SOUTHERN NEW ENGLAND TELEPHONE CO., INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 75–6994. WOODS v. COMMISSIONER OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied.

No. 75–6995. BROWN v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 75–6996. SEBASTIAN v. UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied.

No. 75–6999. CALLOWAY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 75–7000. SMITH v. BORDENKIRCHER, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 75–7002. HICKS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.